# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

MAR - 3 2015

JAMES N. HATTEN, Clerk
By: D. Wilford, Deputy Clerk

**2:14-cv-00237-WCO**
**Yarbrough v. True American Classic Inc et al**
**Honorable William C. O'Kelley**

Minute Sheet for proceedings held In Open Court on 03/03/2015.

| | |
|---|---|
| TIME COURT COMMENCED: 2:00 P.M. | COURT REPORTER: GiGi Simcox |
| TIME COURT CONCLUDED: 2:20 P.M. | CSO/DUSM: Terry English |
| TIME IN COURT: 00:20 | DEPUTY CLERK: Delores Wilford |
| OFFICE LOCATION: Gainesville | |

**ATTORNEY(S) PRESENT:** Paul Sharman representing Ken Yarbrough
Christopher Stanton representing Solid Rock Productions, Inc.
Christopher Stanton representing True American Classic Inc
Christopher Stanton representing Earnest Lee

**PROCEEDING CATEGORY:**

**MINUTE TEXT:** Cause came on for Hearing on the Joint Motion for Approval of Settlement Agreement [9]. Came the parties as shown. The Court ORALLY APPROVED the Settlement as presented. Case Dismissed as Settled.